UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV 17-02497-GW(JPRx) |
| Plaintiff, | ) **CONSENT JUDGMENT** |
| vs. | ) |
| $45,900.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| RUBEN YEPEZ-BARAJAS, | ) |
| Claimant. | ) |

Plaintiff United States of America (the "government") and claimant Ruben Yepez-Barajas ("Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant, namely, $36,720.00 in U.S. Currency.

The civil forfeiture action captioned above was commenced on January 24, 2017. Notice was given and published according to law.

The Court has been duly advised of and has considered the matter. Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $36,720.00 of the defendant currency, plus all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein. The remaining $9,180.00 in U.S. currency of the defendant currency, without any interest, shall be returned to the Claimant as follows: The funds are to be made payable via ACH deposit to claimant's attorney, Steven A. Seiden, Esq., The Law Office of Steven A. Seiden, 13658 Hawthorne Blvd., Ste. 100C, Hawthorne, CA 90250; telephone (310) 644-5003. Mr. Seiden agrees that he will provide the information necessary to facilitate such payment according to law.

The Court finds that there was reasonable cause for the seizure of the defendant currency and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant currency.

DATED: July 6, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


  /s/ *Frank D. Kortum*
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA